Archie WRIGHT, Plaintiff-Appellant,

v.

John GARDNER, Secretary of Health, Education and Welfare, Defendant-Appellee.

Lena WRIGHT, Plaintiff-Appellant,

v.

John GARDNER, Secretary of Health, Education and Welfare, Defendant-Appellee.

Nos. 286, 287, Dockets 29920, 29921.

United States Court of Appeals
Second Circuit.

Argued Dec. 14, 1966.

Decided Dec. 28, 1966.

J. George Follett, Canton, N. Y., for plaintiffs-appellants.

Morton Hollander, Atty., Dept. of Justice, John W. Douglas, Asst. Atty. Gen., Justin J. Mahoney, U. S. Atty., Howard J. Kashner, Atty., Dept. of Justice, for defendant-appellee.

Before WATERMAN, MOORE and KAUFMAN, Circuit Judges.

PER CURIAM:

The judgment below is affirmed on the reasoned opinion of Judge Port denying plaintiffs' motions for summary judgment and granting defendant's motions for summary judgment dismissing the plaintiffs' complaints.

CREAM CREST–BLANDING DAIRIES, INC., Plaintiff-Appellant,

v.

NATIONAL DAIRY PRODUCTS CORP., Defendant-Appellee.

No. 16835.

United States Court of Appeals
Sixth Circuit.

Jan. 11, 1967.

J. M. Neath, Jr., Grand Rapids, Mich., Charles E. McCallum, Warner, Norcross & Judd, Grand Rapids, Mich., on brief, for appellant.

David J. Gibbons, Chicago, Ill., Gordon B. Wheeler, Grand Rapids, Mich., on brief; Chadwell, Keck, Kayser, Ruggles & McLaren, Chicago, Ill., Uhl, Bryant, Wheeler & Upham, Grand Rapids, Mich., of counsel, for appellee.

Before PHILLIPS, PECK and Mc-CREE, Circuit Judges.

PER CURIAM.

This is an action for treble damages under the Robinson-Patman amendment to the Clayton Act, 15 U.S.C. § 13a, for price discrimination in the sale of milk. The facts are set forth in the opinion of the District Judge Noel P. Fox granting summary for defendant, reported at 243 F.Supp. 331 (W.D.Mich.).

This case is controlled by the decision in Willard Dairy Corp. v. National Dairy Products Corp., 309 F.2d 943 (C.A. 6), cert. denied, 373 U.S. 934, 83 S.Ct. 1554, 10 L.Ed.2d 691, rehearing denied, 375 U.S. 871, 84 S.Ct. 28, 11 L.Ed.2d 101. Appellants urge that the decision be reconsidered and overruled. This we decline to do.

The judgment of the district court is affirmed.